IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCLE RESTAURANT GROUP KANSAS, LLC | ) | Case No. 14-22105-11RDB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION FOR APPROVAL OF PRELIMINARY ORDER
PURSUANT TO 11 U.S.C. § 363 AND FED. R. BANKR. PROC. 4001
CONCERNING THE USE OF CASH COLLATERAL AND PROVIDING
FOR ADEQUATE PROTECTION AND RELATED MATTERS**

COMES NOW Circle Restaurant Group Kansas, LLC, Debtor and Debtor-in-Possession herein, by and through counsel, Colin N. Gotham of Evans & Mullinix, P.A., moves the court for entry of a preliminary order authorizing the Debtor's use of cash collateral. In support hereof the Debtor presents the following.

1. On the 4th day of September, 2014, Circle Restaurant Group Kansas, LLC, (hereinafter "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the Bankruptcy Code). Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the Debtor remains as Debtor-in-Possession.

2. Debtor is a bar and restaurant located at 10583 Mission Road, Leawood, KS 66206.

3. At the time of the filing, Debtor had cash and bank balances, and account receivables of approximately $17,700.00 as detailed in Schedule B.

4. Upon information and believe, Debtor is indebted to American Express, FSB (hereinafter "American Express") pursuant to a Business Loan and Security Agreement attached

00651206

hereto as Exhibit 1, which is secured by assets of Debtor. Debtor also is indebted to Rewards Network Establishment Services, Inc. (hereinafter "Rewards Network") pursuant to a Dining Credits Program Agreement attached hereto as Exhibit 2. While Debtor has not fully analyzed American Express' loan documents, Debtor does believe American Express and Rewards Network holds a duly perfected lien on Debtor's accounts receivable. Debtor's cash generated from the collection of pre-petition accounts receivable is therefore "cash collateral" as defined by 11 U.S.C. § 363(a).

5. Debtor has attached a preliminary budget hereto as Exhibit 3.

6. Debtor proposes providing American Express and Rewards Network with a replacement lien in post-petition accounts receivable in an amount equal to but not to exceed the cash collateral used and to the extent that use of cash collateral results in any decrease in the aggregate value of American Express and Rewards Network's liens on Debtor's property on the Petition Date. Debtor asserts that this post-petition grant of a security interest in accounts receivable will provide adequate protection to American Express and Rewards Network.

7. Debtor has attached a proposed Order as Exhibit 4.

WHEREFORE, Debtor prays for entry of an order authorizing the post-petition use of cash collateral, the granting of a limited post-petition lien in favor of American Express and Rewards Network in an amount equal to the cash collateral and inventory used, and for such other and further relief as the court deems proper in the premises.

Respectfully Submitted:

EVANS & MULLINIX, P.A.


*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO#52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (FAX)
cgotham@emlawkc.com
ATTORNEYS FOR DEBTOR


CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2014, a true and correct copy of the Motion was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of the Motion were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

American Express Bank, FSB
c/o: Datamark Inc.
Attn: Merchant Financing Counsel
43 Butterfield Circle
El Paso, TX 79906

Rewards Network Establishment Services, Inc.
Via e-mail: clientservices@rewardsnetwork.com


*s/ Colin N. Gotham*
Colin N. Gotham